2 of 2

06-486-01

2006 FDC 026066          File Date  11/23/2006
UNITED STATES Vs. SEEGERS RODRIGUEZ
aka

PDID #
Lock up number

**FILED**

DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT